IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-03034 MCF

GERARDO  FLORES CRUZ

Chapter 13

MARILIN  SANCHEZ RODRIGUEZ

XXX-XX-6026

XXX-XX-5186

FILED & ENTERED ON 1/14/2014

Debtor(s)

ORDER GRANTING WITHDRAWAL OF MOTION

BANCO POPULAR DE PR's motion withdrawing (docket entry #74):

    [ ] the motion to dismiss

    [ ] the objection to claim #   filed by

    [X] the motion to lift stay

    [ ] the legal representation of

is hereby granted.

    IT IS SO ORDERED.

    San Juan, Puerto Rico, this 14 day of January, 2014.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:    DEBTOR(S)
    ROBERTO  FIGUEROA CARRASQUILLO
    JOSE RAMON CARRION MORALES
    BANCO POPULAR DE PR