IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>GERARDO FLORES CRUZ<br>MARILIN SANCHEZ RODRIGUEZ<br><br>XXX-XX-6026<br>XXX-XX-5186<br><br>DEBTOR (S) | CASE NO.:09-03034-MCF<br><br>CHAPTER 13 |

<u>POSITIVE
STANDING CHAPTER 13 TRUSTEE'S CERTIFICATION RELATED TO DISCHARGE
PURSUANT TO 11 USC §1328(a), (f), (g)(1), (h) AND
RULES 1007(b)(7) & (8) OF THE FRBP AND LBR
3015-2(j)</u>

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

<u>Section 1328(a) & LBR 3015-2(j) DSO Certification of Compliance</u>

The debtor(s) certified to the Trustee (A) that there were NO domestic support obligations due to be paid by the debtor.

<u>Section 1328(f) No Prior Discharge Requirement</u>

According to the case record the debtor(s) HAS/HAVE NOT RECEIVED a discharge under Chapters 7, 11 or 12 during the 4-year period preceding this case petition date.

<u>Instructional Course Requirement Pursuant to
Section 1328(g)(1) & FRBP Rule 1007(b)(7)</u>

According to the case record debtor(s) HAS/HAVE FILED CERTIFICATION(S)of completion of an instructional course concerning personal financial management described in 11 U.S.C. §111 as required by Rule 1007(b)(7)of the FRBP.

<u>Applicability of Section 1328(h)& FRBP Rule 1007(b)(8)</u>

Subsection (h) of §1328 IS NOT APPLICABLE to the debtor(s) in this case since he/she/they,pursuant to §522(b)(2), elected to use federal exemptions under §522(d).

CONCLUSION

Above described facts shows that debtor(s) has/have comply with the required conditions to be entitled to a Chapter 13 discharge. Hence the case could be close after the entry of a discharge and the court approval of the Trustee's Final Report.

WHEREFORE, the Trustee hereby respectfully prays from this Honorable Courtthat an order be entered discharging the debtor(s) and after the Trustee's Final Report is approved, Close the Case.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to:the DEBTOR(s) and to all parties in interest by first class mail to their address of record, and also to her/his/their attorney by first class mail, if not a ECFS register user.

In San Juan, Puerto Rico this June 02, 2014.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787)977-3535
FAX (787)977-3550

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | GERARDO FLORES CRUZ<br>HC 2 BOX 30370<br>CAGUAS, PR 00727-9405 |
| PREPA<br>C/O MARIA T GORBEA<br>PO BOX 364267<br>SAN JUAN, PR 00936-4267 | ASOCIACION EMPLEADOS DEL ELA<br>ATT. C MORALES SEC RECAUDACION<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 |
| COOP A/C ARECIBO<br>PO BOX 1865<br>ARECIBO, PR 00613-1865 | COOP A/C GURABO<br>PO BOX 678<br>GURABO, PR 00778-0678 |
| MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | MIDLAND FUNDING LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>GE MONEY BANK<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131 | EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| RADIO SHACK<br>PO BOX 9714<br>JOHNSON CITY, TN 37615-9714 | RECOVERY MANAGEMENT SYSTEMS CORP<br>GE MONEY BANK<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | RECOVERY MANAGEMENT SYSTEMS CORP<br>GE MONEY BANK<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131 |
| JC PENNEY<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | ASOCIACION EMPLEADOS DEL ELA<br>ATT. C MORALES SEC RECAUDACION<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| VATIV RECOVERY SOLUTIONS LLC<br>PO BOX 19249<br>SUGAR LAND, TX 77496 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | |

DATED: June 02, 2014

ROSA HERNANDEZ
_____
OFFICE OF THE CHAPTER 13 TRUSTEE